```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTHONY IOMMI, *ET ANO*,                  :     08 Civ. 10904 (SHS)

               Plaintiffs,          :

     -against-                          :     ORDER OF DISMISSAL

SIGNATURES NETWORK INC., *ET ANO*,        :

              Defendants.          :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The parties having notified this Court that this case has been settled,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of this Order, any party may reinstate this action if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
       May 27, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.